IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 4:25mj109-MAF

LISA M. EZELL
_____/

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bailey Vilimek, being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since September 2023. Since September 2023, I have been assigned to Tallahassee, Florida. Prior to my assignment to Tallahassee, Florida, I graduated from the Federal Law Enforcement Training Center (FLETC) located in Brunswick, Georgia where I completed the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSISAT). Prior to attending FLETC, I graduated from the State and Local Law Enforcement Academy at the Southeastern Public Safety Institute (SEPSI) in St. Petersburg, Florida.

2.  During my time as a Special Agent, I have participated in criminal investigations involving local, national, and international drug trafficking

RCVD USDC FLND TL
JUL 28 '25 AM 11:38

organizations. I am currently assigned to the North Star Multijurisdictional Drug Task Force. In addition, I have participated in many cases involving search warrants, cellular phone tracking and vehicle Global Positioning System (GPS) tracking. In connection with my official HSI duties, I investigate criminal violations of federal laws, including but not limited to, Title 21, United States Code, Sections 841(a)(1), 843(b), and 846 (drug trafficking offenses).

3.      This Affidavit is made in support of a Criminal Complaint against **LISA MARIE EZELL** ("EZELL") (DOB: 01/07/1986). As set forth herein, there is probable cause to believe EZELL committed violations of Title 21, United States Code 841(a)(1) and 841(b)(1)(A)(viii), possession with intent to distribute methamphetamine involving 50 grams or more.

4.      The information in this affidavit is based on my personal knowledge and observations, on information conveyed to me by other law enforcement officials or cooperating witnesses, and based upon my review of records, documents and other physical evidence related to the activities described herein. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

5.      Between the months of May 2025 and July 2025, the Wakulla County Sheriff's Office (WCSO) conducted multiple controlled buys of state level

trafficking amounts of methamphetamine from EZELL. The buys were conducted at EZELL's residence located at 43 Sue Lane, Crawfordville, FL 32327. The methamphetamine was field tested using a Mobile Detect Multi-Drug Test (MDT) and produced a positive result for methamphetamine. The controlled purchases were recorded utilizing video and audio recording equipment. Based on the above information, a search warrant for EZELL's residence was written and signed by Leon County Judge Monique Richardson on July 24, 2025.

6. On July 24, 2025, a state search warrant was executed at EZELL's residence located at 43 Sue Lane, Crawfordville, FL 32327. Upon entry into the residence, EZELL was located in the living room. Also located in the living room, within arm's reach of EZELL, was an open waste bag with a large bag of methamphetamine inside it. Directly next to the bag of methamphetamine was a scale with crystal-like residue on it. Multiple firearms and ammunition were also in the living room. Eighteen (18) firearms were located throughout the residence. EZELL is a convicted felon. Multiple bags of methamphetamine were located throughout the living room area where EZELL was located, as well as multiple homemade smoking devices. The search warrant resulted in the arrest of four subjects, including EZELL. In addition, investigators seized 436.4 grams of methamphetamine, 18 firearms, $8,151.34 cash, and recovered 2 stolen vehicles. EZELL was charged by the state of Florida with trafficking methamphetamine,

possession of methamphetamine with intent to distribute, possession of homemade paraphernalia, possession of a firearm by a convicted felon, and possession of ammunition by a convicted felon.

7. In a post-*Miranda* interview, EZELL stated that she regularly sells methamphetamine from her residence and admitted to knowing there was methamphetamine throughout her house. EZELL stated that she knew it was there but not that it was such a large quantity. At one point EZELL began listing off the locations in which the methamphetamine was located inside her home, which investigators had independently located before her interview. EZELL also stated that she has accepted firearms as a form of payment in exchange for methamphetamine.

8. EZELL stated that she had just traveled to Ocala, Florida to pick up one pound of methamphetamine the day before and explained the transaction to investigators. EZELL admitted to regularly traveling to purchase methamphetamine from two primary sources of supply. EZELL stated that she purchased approximately four pounds of methamphetamine every two weeks and sometimes more often. EZELL also stated that she would get other types of narcotics during these deals such as molly.

## CONCLUSION

9.  Your affiant respectfully submits that probable cause exists to believe that EZELL has committed the above-listed offense and respectfully requests the issuance of an arrest warrant.

Respectfully submitted,

BAILEY VILIMEK
Digitally signed by BAILEY VILIMEK
Date: 2025.07.28 10:33:16 -04'00'

Bailey Vilimek
HSI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means before me on July 28, 2025.

Midori A Lowry
Digitally signed by Midori A Lowry
Date: 2025.07.28 11:04:12 -04'00'

MIDORI A. LOWRY
UNITED STATES MAGISTRATE JUDGE